FILED

SEP 0 7 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** 1:22-CR- *57* |
| **KAYLA MARIE CLINE,** | **Violations:** 21 U.S.C. § 841(a)(1) |
| **DONALD JACK GETZ,** | 21 U.S.C. § 841(b)(1)(A)(viii) |
| **ROY DEAN LIPSCOMB,** | 21 U.S.C. § 841(b)(1)(B)(viii) |
| **CHARLES EDWARD SHUGARS, aka** | 21 U.S.C. § 841(b)(1)(C) |
| **"BUTCH,"** | 21 U.S.C. § 846 |
| **WILLIAM DONALD PARKS, and** | 21 U.S.C. § 856(a)(1) |
| **CAROLYN SUE WILSON,** | 21 U.S.C. § 856(b) |
| **Defendants.** | |

# <u>INDICTMENT</u>

The Grand Jury charges that:

## <u>COUNT ONE</u>

(Conspiracy to Possess with the Intent to Distribute and Distribute Methamphetamine)

From on or about December 16, 2021, to on or about April 27, 2022, in Taylor and Monongalia Counties, in the Northern District of West Virginia, and elsewhere, defendants **KAYLA MARIE CLINE, DONALD JACK GETZ, ROY DEAN LIPSCOMB, CHARLES EDWARD SHUGARS, aka "BUTCH," WILLIAM DONALD PARKS,** and **CAROLYN SUE WILSON** did unlawfully, knowingly, and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and with other persons to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and distribute methamphetamine, also known as "crystal" and "ice," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(C).

## COUNT TWO

(Distribution Methamphetamine)

On or about December 16, 2021, in Taylor County, in the Northern District of West Virginia, defendant **KAYLA MARIE CLINE** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Distribution of Methamphetamine)

On or about January 5, 2022, in Taylor County, in the Northern District of West Virginia, defendant **KAYLA MARIE CLINE** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Methamphetamine)

On or about January 12, 2022, in Taylor County, in the Northern District of West Virginia, defendant **KAYLA MARIE CLINE** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1(B)(viii).

## COUNT FIVE

(Distribution of Methamphetamine)

On or about January 27, 2022, in Taylor County, in the Northern District of West Virginia, defendant **KAYLA MARIE CLINE** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Distribution of Five Grams or more of Methamphetamine)

On or about February 10, 2022, in Taylor County, in the Northern District of West Virginia, defendant **KAYLA MARIE CLINE** and **CHARLES EDWARD SHUGARS, aka "BUTCH,"** did unlawfully, knowingly, intentionally, and without authority distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT SEVEN

(Distribution of Fifty Grams or more of Methamphetamine)

On or about February 17, 2022, in Taylor County, in the Northern District of West Virginia, defendant **KAYLA MARIE CLINE** did unlawfully, knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, also known as "crystal" and "ice," a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT EIGHT

(Distribution of Five Grams or more of Methamphetamine)

On or about March 8, 2022, in Taylor County, in the Northern District of West Virginia, defendant **KAYLA MARIE CLINE** did unlawfully, knowingly, intentionally, and without authority distribute five (5) grams or more of methamphetamine, also known as "crystal" and "ice," a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT NINE

(Distribution of Fifty Grams or more of Methamphetamine)

On or about March 29, 2022, in Taylor County, in the Northern District of West Virginia, defendants **KAYLA MARIE CLINE** did unlawfully, knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, also known as "crystal" and "ice," a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TEN

(Distribution of Fifty Grams or more of Methamphetamine)

On or about April 13, 2022, in Taylor County, in the Northern District of West Virginia, defendants **KAYLA MARIE CLINE** and **DONALD JACK GETZ** did unlawfully, knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, also known as "crystal" and "ice," a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## **COUNT ELEVEN**

(Possession with Intent to Distribute Fifty Grams or more of Methamphetamine)

On or about April 27, 2022, in Taylor County, in the Northern District of West Virginia, defendants **KAYLA MARIE CLINE, DONALD JACK GETZ**, and **ROY DEAN LIPSCOMB** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute fifty (50) grams or more of methamphetamine, also known as "crystal" and "ice," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWELVE

(Maintaining Drug-Involved Premises)

From on or about December 16, 2021, to on or about April 27, 2022, in Taylor County, in the Northern District of West Virginia, defendants **KAYLA CLINE, DONALD JACK GETZ**, and **CAROLYN SUE WILSON** did knowingly open, lease, rent, use, or maintain a residence located at 92 Center Street, Flemington, West Virginia, whether permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance, that is methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841(a) the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including a Bryco .25 caliber pistol S/N 1533075, and any accompanying ammunition.

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney